**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KADHIM H. AL BUMOHAMMED, | No. 08-70873 |
| Petitioner, | Agency No. A071-674-058 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 25, 2010[**]

Before:     CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Kadhim H. Al Bumohammed, a native and citizen of Iraq, petitions pro se

for review of the Board of Immigration Appeals' order dismissing his appeal from

an immigration judge's decision denying his motion to reopen removal

proceedings conducted in absentia.  We have jurisdiction under 8 U.S.C. § 1252.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Reviewing for abuse of discretion, *Singh v. INS*, 295 F.3d 1037, 1039 (9th Cir. 2002), we deny the petition for review.

The agency did not abuse its discretion in denying Al Bumohammed's motion to reopen where he failed to establish exceptional circumstances, *see* 8 U.S.C. § 1229a(e)(1), and failed to establish that the denial of the motion to reopen would lead to the "unconscionable result" of the removal of an individual with an obviously valid claim for relief, *cf. Singh*, 295 F.3d at 1040.

Al Bumohammed's remaining contentions are not persuasive.

**PETITION FOR REVIEW DENIED.**

08-70873